

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00079-CV

GLORIA FELDER, Appellant

V.

WOODLEN GLEN APARTMENTS, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County. (Tr. Ct. No. 1056604).

**TO THE COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 21st day of May 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the parties' agreed motion to dismiss. Accordingly, the Court **vacates** the trial court's judgment and **dismisses** the case.

> The Court **orders** that the appellant, Gloria Felder, pay all appellate costs.

> The Court **orders** that this decision be certified below for observance.

Judgment rendered May 21, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Bland, and Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 24, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

